ACCEPTED
03-14-00735-CV
5595233
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2015 9:44:09 AM
JEFFREY D. KYLE
CLERK



# Office of Public Utility Counsel

**P.O. Box 12397**
**Austin, Texas 78711-2397**
**Tel: (512) 936-7500   Fax:  (512) 936-7525**
**Toll Free: (877) 839-0363**

**Tonya Baer**
**Public Counsel**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/9/2015 9:44:09 AM

JEFFREY D. KYLE
Clerk

June 9, 2015

**VIA E-FILE**

The Honorable Jeffrey D. Kyle
Clerk, Court of Appeals
209 W. 14th St., Room 101
Austin, Texas 78701

Re:     Appeals Docket No. 03-14-00735-CV; Trial Court Case No. D-1-GN-13-000121; *Entergy Texas, Inc. et al v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

The Office of Public Utility Counsel wishes to inform the Court that I will be out of the state August 7, 2015 through August 17, 2015, so that the court can consider that information when setting matters in this case.

Respectfully submitted,

/s/ *Sara J. Ferris*
Sara J. Ferris
Senior Assistant Public Counsel
State Bar No. 50511915
Office of Public Utility Counsel
1701 N. Congress Avenue, Suite 9-180
Austin, Texas 78701
sara.ferris@opuc.texas.gov

**1701 North Congress Avenue, Suite 9-180 ● Austin, Texas 78701**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2015 a true and correct copy of this letter was served on the following lead counsel for all parties listed below via electronic service:

| | |
|---|---|
| *Counsel for Entergy Texas, Inc.* | John F. Williams<br>Marnie A. McCormick<br>Duggins Wren Mann & Romero, LLP<br>P.O. Box 1149<br>Austin, Texas  78767-1149 |
| *Counsel for Cities of Anahuac, Beaumont, et. Al.* | Daniel J. Lawton<br>Lawton Law Firm PC<br>12600 Hill Country Blvd., Suite R 275<br>Austin, Texas  78738 |
| *Counsel for State Agencies of Texas* | Katherine H. Farrell<br>Assistant Attorney General<br>Administrative Law Division –<br>Rates Section<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas  78711-2548 |
| *Counsel for Texas Industrial Energy Consumers* | Rex. D. VanMiddlesworth<br>Benjamin Hallmark<br>Thompson & Knight, LLP<br>98 San Jacinto Blvd, Ste. 1900<br>Austin, Texas  78701 |
| *Counsel for the Public Utility Commission of Texas* | Elizabeth R. B. Sterling<br>Assistant Attorney General<br>Environmental Protection Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

 */s/ Sara J. Ferris*
  Sara J. Ferris